IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THOMAS HANKS | § | |
| | § | |
| | § | CIVIL ACTION NO. 21-CV-00133 |
| V. | § | |
| | § | |
| FAMILY DOLLAR STORES OF TEXAS, LLC | § | |
| | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, THOMAS HANKS, Plaintiff in the above entitled and numbered cause, complaining of and against FAMILY DOLLAR STORES OF TEXAS, LLC, Defendant herein, and for cause of action would respectfully show unto the Court and Jury the following:

### A. PARTIES

1. Plaintiff, THOMAS HANKS, is an individual who resides in Houston, Texas.

2. Defendant, FAMILY DOLLAR STORES OF TEXAS, LLC, is a limited liability company whose sole member is Family Dollar Stores of Ohio, Inc., a corporation whose principal place of business is located in Chesapeake, Virginia. Defendant is doing business in the State of Texas and may be served by and through its registered agent for service of process, Corporation Service Company d/b/a CSC-Lawyers located at 211 E. 7th Street, Suite 620, Austin, Texas 78701.

### B. JURISDICTION AND VENUE

3. Jurisdiction in this case is proper in this Court pursuant to 28 U.S.C. § 1332(a) as this case is between citizens of different states, and the amount in controversy exceeds $75,000.00.

4. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b), because the wrongful act or omission of Defendant occurred within this Judicial District.

## C. FACTUAL ALLEGATIONS

5. Plaintiff would show that this lawsuit has become necessary as a result of personal injuries, which he sustained on or about March 4, 2020, when he went to the Family Dollar store located at 5401 East Freeway, Houston, Texas 77020. Plaintiff went to said Family Dollar to shop.

6. Plaintiff was entering Family Dollar when he slipped on a liquid substance located just outside the front door of the store and fell to the ground. Family Dollar did not have rubber mats outside the store during the time the incident transpired and there were no wet floor signs nearby when Plaintiff slipped and fell. Due to the fall, Plaintiff suffered injury to his neck, back, right/left shoulder, and right/left knee.

## D. CLAIMS FOR RELIEF

### Premises Liability

7. Plaintiff incorporates by reference and re-alleges paragraphs 1 through 6.

8. At the time of the accident made the basis of this suit,

   a. Plaintiff, who entered the Family Dollar for the mutual benefit of both parties, was an invitee on Defendant's premises. As a result, Defendant owed a duty of reasonable care to Plaintiff at the time of the incident made the basis of this suit.

   b. Defendant had actual or constructive knowledge of an unsafe condition on the premises in the form of liquid on the ground at the front door of the Family Dollar store visited by Plaintiff;

   c. The unattended liquid at the entrance of the store posed an unreasonable risk of harm to Plaintiff;

   d. Defendant failed to warn of and failed to eliminate the unreasonable risk of harm;

  e. Defendant's failure to warn of or eliminate the unreasonable risk of harm proximately caused Plaintiff's injuries.

9. Defendant is vicariously liable for the negligent acts and/or omissions of its employees via the doctrine of *respondeat superior*.

10. As a result of said occurrence, Plaintiff suffered continuous pain in his back, neck, shoulders, and knees, which resulted in not only physical pain, but also mental anguish, physical disfigurement, and physical impairment. In all reasonable probability, Plaintiff's physical pain, mental anguish, physical disfigurement, and physical impairment will continue indefinitely. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries.

### E. DAMAGES

11. Plaintiff incorporates by reference and re-alleges paragraphs 1 through 10.

12. As a direct and proximate result of Defendant's conduct, Plaintiff suffered the following injuries and damages:

  a. Plaintiff has been forced to incur reasonable and necessary medical expenses in the past, and in all reasonable medical probability, will continue to incur reasonable and necessary medical expenses in the future;

  b. Plaintiff has endured physical pain and suffering in the past, and in all reasonable medical probability, will continue to endure physical pain and suffering in the future;

  c. Plaintiff has suffered mental anguish in the past, and in all reasonable medical probability, will continue to suffer mental anguish into the future;

  d. Plaintiff has suffered physical impairment in the past and, in all reasonable medical probability, will continue to suffer physical impairment into the future;

  e. Plaintiff has suffered physical disfigurement in the past and, in all reasonable medical probability, will continue to suffer physical disfigurement into the future; and,

13. To the extent that the Plaintiff suffered from any pre-existing conditions, Plaintiff would show that such conditions, if any, were aggravated as a result of the incident made the basis of this case.

### F.  JURY DEMAND

14. Plaintiff demands a trial by jury. A jury fee is being paid contemporaneously with the filing of this Complaint.

### **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff, THOMAS HANKS, prays that, after trial on the merits, he have judgment against Defendant, FAMILY DOLLAR STORES OF TEXAS, LLC for the following:

    a. Sum in excess of the minimum jurisdictional limits of this Honorable Court;
    b. Actual damages;
    c. Pre-judgment interest and post-judgment interest at the maximum legal rate;
    d. Costs of court; and
    e. Any and all further relief, be it general or special, at law or in equity, to which Plaintiff may show himself justly entitled.

Respectfully submitted,

KOLODNY LAW FIRM, PLLC

_____
Alan Kolodny
S.D. Tex.: 1267978
State Bar of Texas: 24056882
Attorney-in-Charge
Rashon Murrill
S.D. Tex.: 3323268
State Bar of Texas: 24110622
1011 Augusta Dr., Suite 111
Houston, Texas 77057
Telephone: (713) 532-4474
Facsimile: (713) 785-0597
Email: akolodny@fko-law.com

Email: rmurrill@fko-law.com

**ATTORNEYS FOR PLAINTIFF
THOMAS HANKS**