United States District Court
Southern District of Texas
**ENTERED**
August 12, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| THOMAS HANKS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:21-cv-133 |
| § | |
| § | |
| FAMILY DOLLAR STORES OF § | |
| TEXAS, LLC, § | |
| | |
| Defendant. | |

## CONDITIONAL DISMISSAL ORDER

The parties filed a joint notice of settlement advising the court that the above-referenced dispute has settled. Dkt. 27. Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, unless any party represents in writing filed with the court **on or before October 11, 2022**, that the settlement could not be completely documented. If the parties wish the case to be disposed of on an agreed final judgment rather than this order, it must be submitted to the court **on or before October 11, 2022.**

All pending motions are hereby **DENIED** as moot.

Each party shall bear its own attorneys' fees and costs.

SIGNED on Galveston Island on this 12th day of August, 2022

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE